# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| Department of Public Welfare | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:08-CV-791 |
| U.S. Dept of Health & Human Services, and Michael Leavitt | ) | Chief Judge Yvette Kane |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: judgment be and is hereby entered in favor of the Defendants, U.S. Dept of Health and Human Services & Michael Leavitt, and against the Plaintiff, Department of Public Welfare.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Yvette Kane on a motion for Summary Judgment


Date: Mar 31, 2010

*CLERK OF COURT* MARY E. D'ANDREA

s/ Shawna L. Cihak

*Signature of Clerk or Deputy Clerk*